# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 13-12979-ELF

CHRISTOPHER DWIGHT KELLY

458 W. PROSPECT AVENUE

DOWNINGTON, PA 19335-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHRISTOPHER DWIGHT KELLY

458 W. PROSPECT AVENUE

DOWNINGTON, PA 19335-

Counsel for debtor(s), by electronic notice only.

THOMAS L LIGHTNER
4652 HAMILTON BLVD

ALLENTOWN, PA 18103

Date: 5/11/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee