UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – (PHILADELPHIA) DIVISION

| | |
|---|---|
| In Re: | Case No.: 13-12979 |
| CHRISTOPHER DWIGHT KELLY, | CHAPTER 13 |
| Debtor. | REQUEST FOR NOTICE |

**REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  BSI requests that for all notice purposes and for inclusion in the Master Mailing List in
2  this case, the following address be used:

3  **PHYSICAL ADDRESS:**                          **EMAIL ADDRESS:**
   BSI Financial Services                          prpbk@bsifinancial.com
4  1425 Greenway Drive, Ste. 400
   Irving, TX  75038
5

6

7

8  Dated: October 02, 2017          By: /s/ Karin Murphy
                                         Karin Murphy
9                                        c/o BSI Financial Services
                                         Assistant Vice President, Foreclosure and
10                                       Bankruptcy
                                         1425 Greenway Drive, Ste. 400
11                                       Irving, TX  75038
                                         972.347.4350
12                                       prpbk@bsifinancial.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – (PHILADELPHIA) DIVISION

| | |
|---|---|
| In Re: | Case No.: 13-12979 |
| CHRISTOPHER DWIGHT KELLY, | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

    I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 5120 E. La Palma Ave., Ste. 206, Anaheim, CA 92807.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 17, 2017 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Christopher Dwight Kelly<br>458 W. Prospect Avenue<br>Downington, PA 19335<br><br>**Debtor's Counsel**<br>THOMAS L. LIGHTNER<br>Lightner Law Offices, P.C.<br>4652 Hamilton Blvd.<br>Allentown, PA 18103 | **Chapter 13 Trustee**<br>WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br><br>**U.S. Trustee**<br>United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on October 17, 2017 at Anaheim, California

 */s/ Jennifer Londo*
Jennifer Londo

2
CERTIFICATE OF SERVICE