United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 13-12979-elf
Christopher Dwight Kelly                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
```
db              +Christopher Dwight Kelly,    458 W. Prospect Avenue,    Downington, PA 19335-2833
intp            +BSI FINANCIAL SERVICES, INC.,    1425 GREENWAY DRIVE, SUITE 400,     IRVING, TX 75038-2480
cr              +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr              +Fay Servicing, LLC,    Bankruptcy Department,    939 W North Ave.,    Suite 680,
                  Chicago, IL 60642-1231
cr              +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr              +Federal National Mortgage Association (Fannie Mae,    c/o Rosicki, Rosicki, & Associates, P.C.,
                  51 E. Bethpage Rd,    Plainview, NY 11803-4224
13017521         AMERICAN EXPRESS,    P.O. BOX 360001,    FT. LAUDERDALE, FL 33336-0001
13123776         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13017523         B&B COLLECTIONS,    P.O. BOX 2137,    TOMS RIVER, NJ  08754-2137
13017524        +BANK OF AMERICA,    P.O. BOX 15019,    WILMINGTON, DE 19850-5019
13017525         CHASE MORTGAGE,    P.O. BOX 469030,    GLENDALE, CO  80246-9030
13017526         CHESTER CO. HOSPITAL,    701 E. MARSHALL STREET,    WEST CHESTER, PA  19380-4421
13017527         EMERGENCY CARE SPECIALISTS,    CHESTER CO. HOSPITAL,    701 E. MARSHALL STREET,
                  WEST CHESTER, PA  19380-4421
13052098         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13811842        +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Drive,    Suite 150,
                  Carrollton, TX 75006-3357
13271072         Federal National Mortgage Association,    PO BOX 1047,    Hartford, CT 06143-1047
13252783        +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13287341         Seterus, Inc., as the authorized subservicer for F,    P.O. Box 2008,
                  Grand Rapids, MI 49501-2008
13150700        +The Chester County Hospital,    c/o Tabas & Rosen, P.C.,    1601 Market Street, Suite 2300,
                  Philadelphia, PA 19103-2306
13121335        +Thomas L. Lightner, Esq.,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                  Allentown, PA 18103-6021
13991199        +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
                  1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
13082318         eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:43    City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:02     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13017522         E-mail/Text: g20956@att.com Aug 08 2018 02:29:53    AT&T,    P.O. BOX 537104,
                  ATLANTA, GA  30353-7104
13134557        +E-mail/Text: g20956@att.com Aug 08 2018 02:29:53    AT&T Mobility II LLC,
                  % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                  Bedminster, NJ 07921-2693
13204750        +E-mail/Text: cio.bncmail@irs.gov Aug 08 2018 02:28:39     Department of Treasury,
                  Internal Revenue Service,   P.O. Box 7346,    Philadelphia, PA 19101-7346
13063885         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:29:02
                  Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13467263         E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:33:08
                  Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13017528         E-mail/Text: bankruptcy@sw-credit.com Aug 08 2018 02:29:10     SOUTHWEST CREDIT,
                  4120 INTERNATIONAL PKWY, SUITE 1100,    CARROLLTON, TX  75007-1958
                                                                                              TOTAL: 9
```
```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               US Bank Trust National Association as Trustee of t
13017520         13-12979
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                    TOTALS: 2, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2               Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              JENIECE D. DAVIS    on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR
               FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") CREDITOR C/O SETERUS,  INC.
               Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Christopher Dwight Kelly tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christopher Dwight Kelly
      Debtor(s)　　　　　　　　　　　　　　Bankruptcy No: 13−12979−elf
　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 8/7/18

　　　　　　　　　　　　　　　　　　　　　　　　　　119 – 118
　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new